IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* [Non-Prisoner] Complaint Form

[Enter the full name of the plaintiff in this action]
ELIZABETH GRANT

) Civil Action No.
) _____
) (to be assigned by Clerk)
)

v.

[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]

Deceased Lockheed Martin (Frac Lyde Grant)
Wrongful Death For
Parker Plant Automotive
Greenville County School District
Kendall Company + John Hancock Insurance Co
And Retirement Funds.
Colonial Insurance Company
American Express 401K
Property at May Flower Ave
Property At 15 May Flower Ave
Prestige Cleaning Service
Sexual Harashment On Job
AT Nutra Manufacturing.

If allowed by statute, do you wish to have a trial by jury?  Yes ✓   No ____

*[If any answer requires additional space, please use additional paper and attach hereto.]*

I. **PREVIOUS LAWSUITS**

   A. *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

   Yes ✓   No ____

Add this information on the Defendant Page Please.

Back Pay from Nutra Manufacturing
Retirement money from Greenville County School Dist
Retirement Money from Textile And Cleaning Service
(Prestige Cleaning Service)
John Hancock Insurance.
Parker Plant retirement funds
AARP John Robert And Sallie Bell Rent
Rental Center – Bedroom Suit was Paid for they Came And Picked it up after Mom died. Located by Sarah Ketchen on Augusta Rd.
Also Review the Insurance money Coming out of Elizabeth Gant Pay check from Parker Plant. Double Insurance money. Also Cars that was repossess with out Cause from D.B. Carter on White Horse Rd. And also Insurance money that was taken from Colonial Insurance they had stop Insurance Payments on daughters and Still were taking out money. 2 houses one at 15 Mayflower Ave And 29 Mayflower Ave had me to send in Death Certificate And they had Mail other Papers to move us move out of the home. Furniture taken out of Storage Back in the 90'S by Gretchen Bowen. All was Paid for Except China Cabinet from HBJ. 401K monies Stolen from Account. And money Stolen from Checking Account.

B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1. Parties to this previous lawsuit:

   Plaintiff: ELiZABETH GRANT

   Defendant(s): STATE ISSUES.

2. Court: STATE Court

   *(If federal court, name the district; if state court, name the county)*

3. Docket Number: Did Not Send Docket Number

4. Name(s) of Judge(s) to whom case was assigned: hAven't recieve any information Keep returning Document back.

5. Status of Case: haven't heard

   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: 05

7. Date of disposition (if concluded): Do not understand this (Dec 22-04)

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____  No ✓

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Elizabeth Grant

   Address: 118 Eisenhower Dr Greenville SC 29607

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: STATE of South Carolina

   Address: Greenville South Carolina

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

_____

_____

_____

_____

_____

_____

_____

_____

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

I Elizabeth Grant were terminated from Nutra Manufacturing Dec 22-04 False Accuse of being Involve with illegal Activity. Accuse by Personell Supervisor Andy Hudson. And were Also Sexual Harash by An Employee There by the Name of Malissa Thomas. And Also I have 2 Grand Children that I was force to Put up For Adoption and don't think they never was. And Also Rosiland Thorne was another Person that Also were involve in the harassment And Cause I, Elizabeth Grant to get Written up For Something she did, And Also Terminated For Pushing my Card out of the time Clock At the end of the day.

III. STATEMENT OF CLAIM - *continued*.

And Also There Are state money owe To me from my mom And Dad Retirement And havent recieve it. And Also I mySelf Elizabeth Grant didn't recieve My money From Parker Plant Automotive when I Left To Take Care of mom For 3 To 4 years until I went To Get Another Job After She Gotten Better. John Hancock Insurance Company Claim my dad didn't hAve Insurance with them when he died to pay burial Expensive. And Also the property at 15 And 29 MayFlower Ave Were Taken Away From me because I was Accuse of messing up the mortgage. When the Insurance policy on the house was Taken out of house by Someone. Rosa Greene Were the home policy Insurance Carrier. There were Several mortgage Taken out on the house, but it Seem that Something was controlling I myself To do it. Even though I did'nt even Know how To Go About Taking out A mortgage 1st 2nd nor 3rd. And I'm Speaking For myself Elizabeth GrAnt. I recieve Some money from Parker Plant Which wasn't what I suppose To hAve gotten. And Plus I recieve Some money From my dad Saving account he had but not From his retirement Funds.

Later found out that John Hancock Insurance Policy was enforce at the time, When Ms Grant took it to Wakins Garrett and Woods Mortuary but the company told them it wasn't. Yes the Mortgages was Taken out by me but why, I really don't know and also the same happen at 15 Mayflower Ave the same thang like someone had control over me telling me what to do. And also for myself respective I really their. Someone didn't want me to have the houses at all. Because of all the mess I went through. Also I Elizabeth Grant fell twice there at NutrA Manufactering before I was terminated and was not paid for nither Insurance – Colonial Accident nor Blue Cross Blue Sheild Insurance and information was filed. Personell had all information. Also I was told I owe Income Taxes from 04 when I had already file and said I owe Taxes in the amount over $300.00 at County Square But Please see where their is coming from. Because I Elizabeth Grant made sure Taxes was paid at all times.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

I want the Court To Try to get this matter Settle And Try to Find or get my Two Grand Children Back Because That Something I Elizabeth Grant Would Never have done. Because I'm the 16th Child And my mom and dad Never did Give none of us Away. I lost A lot Over the years because of this matter. 4 of them was Taken Away. of I know where they Are, but 2 I don't Know. They were Put with Bethany Adoption agent 2 to wks after Birth.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this __18__ day of __November__, 20_9_.

_____
Elizabeth Grant
*Signature of Plaintiff*

And Also Court, I was accuse of Fraud if I'm not mistaken there were Check I written say unsufficent Funds and Claim Fraud back Also Some Years Ago when I worked At Parker Plant. I myself Always Keep my Account Check very carefully, And Even double Check my Account with Calculator to make Sure thang was correct, but Somehow Money got missing out of my Account Even now with the same account there was money missing. And not yet been accounted for. Also to the Court there were money and other Access left for my Mom Sallie Bell Grant from her uncle In Norfork Virginia, but thang wasn't settle At the time of his death, So could you please have the State to look in to this matter Buddy Johnson was his Name. She was inform of this matter but did'nt get to get/Take care of thing Because of her husband death. And Also Some kind of Something In Belton. left by A Family member but wasn't noticefied until last minute, I myself went to attorney Aaron About this matter on Washington Street years Ago. And As Far As I myself Remember I think he Investigate And Said I Knew what I was Talking About.

Also I Elizabeth Grant had An Insurance Policy That Were Taken out A Rte 2 Box 178 Pelzer SC. 29669, That Was Never Cash In or Surrender Cash off of it. I Work For Kendall Company For 8 or 9 months In 72. Could you See have any use that Policy or not. Not Speaking on ELIZABETH ANNE Grant or Sandra LEE Grant, Just Elizabeth Grant (DOB) 9-26-54.

Thank you

Also STATE Attoney I would like For the Company there I Referring To Nutra Manufacting To, if I don't or do get Job Back To See Whether I have To Take the Test which I didn't Take To Enter there; And all of the other old school did'nt Test. All There Should have been treated Equal. But Some how We Was'nt. And Also There were $1,045.00 Missing From My Checking Account

$990.00 For A Check That Was Cash That didnt Suppose to be Cashed.
And $59.00 Waive Fee For Check That Bounce And they did'nt Suppose too. they Send the Merchandise I order but they did'nt Return the Waive Fee back To my account. And Also There Are a cell phone Bill on my Elizabeth Grant Credit Report over $7,400 that Are not mines it all Appeared After I order Credit Report after Termination.