

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH GRANT,<br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN et al.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:09-3150-HFF-BHH |

## ORDER

This case was filed as a job discrimination action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the Court summarily dismiss the above-captioned case without prejudice and without issuance and service of process as to the following defendants: Lockheed Martin, Parker Plant Automotive, Greenville County School District, Kendall Company, John Hancock Insurance Company and Retirement Funds, Colonial Insurance Company, American Express 401K, Property at 29 MayFlower Ave., Property at 15 MayFlower Ave., Prestige Cleaning Service, and the State of South Carolina. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on January 6, 2010, and the Clerk of Court entered Plaintiff's objections to the Report on January 21, 2010. Those objections were supplemented on January 22 and January 28, 2010. The Court has reviewed the objections, as well as the supplements, but agrees with the Magistrate Judge's Report as to the dismissal of certain defendants. Thus, the Court will enter judgment accordingly.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Plaintiff's objections, adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court that Defendants Lockheed Martin, Parker Plant Automotive, Greenville County School District, Kendall Company, John Hancock Insurance Company and Retirement Funds, Colonial Insurance Company, American Express 401K, Property at 29 MayFlower Ave., Property at 15 MayFlower Ave., Prestige Cleaning Service, and the State of South Carolina are hereby **DISMISSED** from the above-captioned case without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 8th day of February, 2010, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.